FILED

07 SEP 17 AM 9:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NAPOLEON A. JONES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03CR2730-NAJ |
| Plaintiff, ) | |
| v. ) | **ORDER)** |
| SARAH CHANTEL AVILES, ) | |
| Defendant. ) | |

Seeing no opposition to the motion being made in the above-entitled matter, *Defendant's Motion to Terminate Supervised Release*, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the term of supervised release in the above-captioned case be terminated.

DATED: 9-17-07

HONORABLE NAPOLEON A. JONES
UNITED STATES DISTRICT JUDGE